

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JESSE JAMEEL DA'WAN AKA JESSIE JONES, JR. BOP # 14348-076 | CIVIL ACTION NO. 05-1285-A SECTION P |
| VS. | JUDGE DRELL |
| WARDEN FREDERICK MENIFEE, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* (28 U.S.C. §2241) be **DENIED** and **DISMISSED** with prejudice for failing to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's civil rights claims (Claims Three and Four) be **DISMISSED WITHOUT PREJUDICE** as having been asserted in an incorrect context.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 28 day of December, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**